Nanette Gude Bayne v. Jasper Bayne, R. C. Schindler, Inc., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

Bessen Bros., Inc., on Its Own Behalf, etc., v. David Steiner and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

Manufacturers Trust Company v. Harriman National Bank Trust Company.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

Malvina Cooper v. Morris E. Gossett.— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ. [See 237 App. Div. 700.]

Harry J. Friedman v. Constantin Wagner.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

Leon Wieselthier v. Lafayette Insurance Company and Others.— Motion granted as stated in order. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ. [See 237 App. Div. 870.]

Lois Weatherbee v. Claude S. Newman and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

M. Salimoff & Co. and Others v. Standard Oil Company of New York.— Motion for leave to appeal to the Court of Appeals granted; questions certified. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ. [See 237 App. Div. 686.]

M. Salimoff & Co. and Others v. Vacuum Oil Company.— Motion for leave to appeal to the Court of Appeals granted; questions certified. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ. [See 237 App. Div. 686.]

Edward J. Burns, as Administrator, etc., of William A. Burns, Deceased,